# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| TROY WILLIAMS )<br><br>   Plaintiff, )<br><br>v. )<br><br>AIRE SERV LLC, and )<br>DWYER GROUP INC. )<br><br>   Defendants. ) | CIVIL ACTION NO.: 2:20-cm-00119 |

## NOTICE OF APPEARANCE OF NANCY KELLY

Nancy Kelly, of the law firm of Gordon Rees Scully Mansukhani, LLP hereby enters her appearance as counsel for the following:

1. AIRE SERV LLC; and

2. DWYER GROUP INC.

                                            Respectfully submitted,
                                            THE DEFENDANTS,
                                            AIRE SERV LLC, and DWYER GROUP INC.

                                            By their attorneys,

Dated: December 10, 2020        /s/ *Nancy Kelly*
                                            Nancy Kelly, Bar No. 7325
                                            nkelly@grsm.com
                                            GORDON REES SCULLY MANSUKHANI, LLP
                                            21 Custom House Street, Fifth Floor
                                            Boston, MA 02110
                                            Phone: 857-504-2023

## **CERTIFICATE OF SERVICE**

      I, Nancy Kelly, attorney for defendants AIRE SERV LLC and DWYER GROUP INC, hereby certify that on this 10th day of December 2020, a true copy of the foregoing *Notice of Appearance of Nancy Kelly* was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

      /s/ *Nancy Kelly*
      Nancy Kelly