# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| TROY WILLIAMS, )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>AIRE SERV LLC, ET AL., )<br>)<br>**DEFENDANTS** ) | MISC. NO. 2:20-MC-119-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On February 8, 2021, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendants' Motion for Turnover Order. The time within which to file objections expired on February 22, 2021, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion for a turnover order is **DENIED WITHOUT PREJUDICE** to the defendants' ability to request a turnover order in accordance with Maine law.

**SO ORDERED.**

**DATED THIS 26TH DAY OF FEBRUARY, 2021**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**